

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

RACHEL MARCOCCIA
Phone: (212) 356-2471
Fax· (212) 356-1148
Email· rmarcocc@law nyc gov

**By ECF**

Honorable Debra C. Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
┌──────────────────────────────────┐
│ USDC SDNY              December 10, 2019
│ DOCUMENT
│ ELECTRONICALLY FILED
│ DOC #: _____
│ DATE FILED:  12/11/19
└──────────────────────────────────┘
```

Re:    Adkins v. City of New York, et al. 19-cv-3628 (GBD) (DCF)

Dear Judge Freeman:

I am a Senior Counsel at the New York City Law Department and my office represents the Defendants in the above-referenced matter. I write to request that the conference scheduled for 10:30 am on Wednesday, December, 18, 2019 be rescheduled for 10:30 am on Thursday, December 19, 2019. With my apologies to the Court, I now have a scheduling conflict on December 18th. I have tried to reach Plaintiff to request his consent to this request, but I have not yet been able to reach him. Plaintiff was released from New York City Department of Correction ("DOC") custody on November 22, 2019, and it does not appear that Plaintiff has updated his address with the Court. Specifically, the Court's docket still reflects a DOC address, namely the Vernon C. Bain Center address. That said, I have attempted to reach Plaintiff at the telephone number that he previously provided to the Court along with an address in Brooklyn, NY, i.e., 1236 Pacific Street, Apt. 5B (the "Pacific Street Address"), but the telephone number is not currently in service. I am also directing a written request to Plaintiff at the Pacific Street Address.

Accordingly, I respectfully request that the conference before Your Honor be re-scheduled for Thursday, December 19, 2019 at 10:30 am, which I understand is Your Honor's next available time to hold the conference. Should I hear from Plaintiff prior to December 19th and receive any information that bears on the request set forth in this letter, I will advise the Court as quickly as possible.

Thank you for Your Honor's consideration.

*The conference is adjourned to December 19, 2019, at 10:30 am in courtroom 17A, at the U.S. Courthouse at 500 Pearl St., New York NY.*

Respectfully submitted,

/s/ Rachel Marcoccia
Rachel Marcoccia

**SO ORDERED:    DATE:** *12/11/19*

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

*(This resolves Dkt. 34)*

cc:    (By Mail)
       Felipe Adkins
       Pla*intiff Pro Se*
       1236 Pacific Street, Apt. 5B
       Brooklyn, NY 11216