**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FELIPE ADKINS,

                Plaintiff,                          19 **CIVIL** 3628 (GBD)(VF)

       -against-                             **<u>JUDGMENT</u>**

CITY OF NEW YORK, DOMINIQUE HARRIS,
Security Captain at the Brooklyn Detention
Complex,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated September 26, 2022, the Court adopts the Report & Recommendation in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York
          September 30, 2022

                                                 **RUBY J. KRAJICK**
                                                 _____
                                                 **Clerk of Court**
                           **BY:**
                                                 _____
                                                     **Deputy Clerk**